UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, and BRAD
LAFUZE, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

WELLPATH, LLC,

    Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

| LIDDLE & DUBIN, P.C. | CHAPMAN LAW GROUP |
|---|---|
| Steven D. Liddle (P45110) | Ronald W. Chapman Sr., M.P.A., |
| Matthew Z. Robb (P81665) | LL.M. (P37603) |
| Attorneys for Plaintiffs | Wedad Suleiman (P81970) |
| 975 E. Jefferson Avenue | Attorneys for Wellpath, LLC |
| Detroit, MI 48207 | 1441 W. Long Lake Rd., Suite 310 |
| (313) 392-0025 | Troy, MI 48098 |
| sliddle@ldclassaction.com | (248) 644-6326 |
| mrobb@ldclassaction.com | rchapman@chapmanlawgroup.com |
| | wsuleiman@chapmanlawgroup.com |

**DEFENDANT WELLPATH, L.L.C.'S REPLY TO PLAINTIFFS'
RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

**INDEX OF EXHIBITS**

**EXHIBIT A**    Wellpath Policy and Procedure HCD-100_E09B – Timely Initiation of Medication Upon Arrival for Grand Traverse County Jail and Wayne County Jail

**EXHIBIT B**    Wellpath Policy and Procedure HCD-100_E09A – Medication Verification for Grand Traverse County Jail and Wayne County Jail

**EXHIBIT C**     <u>Wellpath Policy and Procedure HCD-100_D-02</u> – Medication Services for Grand Traverse County Jail and Wayne County Jail

**EXHIBIT D**     <u>Wellpath Policy and Procedure HCD-100_E-05</u> – Mental Health Screening and Evaluation for Grand Traverse County Jail and Wayne County Jail