# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, and BRAD
LAFUZE, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

WELLPATH, LLC,

      Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

| | |
|---|---|
| LIDDLE & DUBIN, P.C. | CHAPMAN LAW GROUP |
| Steven D. Liddle (P45110) | Ronald W. Chapman Sr., M.P.A., |
| Matthew Z. Robb (P81665) | LL.M. (P37603) |
| Attorneys for Plaintiffs | Wedad Suleiman (P81970) |
| 975 E. Jefferson Avenue | Attorneys for Wellpath, LLC |
| Detroit, MI 48207 | 1441 W. Long Lake Rd., Suite 310 |
| (313) 392-0025 | Troy, MI 48098 |
| sliddle@ldclassaction.com | (248) 644-6326 |
| mrobb@ldclassaction.com | rchapman@chapmanlawgroup.com |
| | wsuleiman@chapmanlawgroup.com |

## DEFENDANT WELLPATH, L.L.C.'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**EXHIBIT A**      Wellpath Policy and Procedure HCD-100_E09B – Timely Initiation of Medication Upon Arrival for Grand Traverse County Jail and Wayne County Jail

|  | **Wellpath**<br>**Grand Traverse County Michigan Detention Center**<br>**Policies & Procedures** |
|---|---|
| TITLE: HCD-100_E-09B Timely Initiation of Medication Upon Arrival --Grand Traverse MI | REFERENCE:   65460 |
| | PAGE:        1 OF 4 <br> VERSION:1 |
| APPROVER: Worley, Nanette | SUPERSEDES: Not Set <br> EFFECTIVE: 06/23/2019 <br> REVIEWED: 06/23/2019 |

## 1.  PURPOSE

This policy is intended to ensure that patients receive appropriate medications and that medications are administered in a timely manner upon admission to the facility.

## 2.  APPLICABILITY

This policy applies to health care staff and other persons providing services at the request of Wellpath.

## 3.  POLICY

Routine and High-Priority Medications ordered by an authorized prescriber are to be administered as soon as possible or consistent with pharmacy services directives as outlined below and no later than 48 hours after notification of the medication to health care staff.

Facilities are expected to develop site-specific processes and supporting procedures, with implementation of this Policy Directive to follow within 90 days of its publication date.

The site-specific procedures should at a minimum address the following considerations:

- Comparison between verified medication and the "High-Priority" medication list in Attachment 1

- Comparison between unverified medications and antiretroviral HIV medications (it is preferable to continue a reasonable antiretroviral HIV medication regimen and then interrupt it if the history was incorrect than to stop an actual regiment being taken)

- Processes employed to obtain "High Priority" medications, including stock medication, patient supplies, and immediate provision by contracted pharmacy

- Processes to ensure that medication obtained is administered timely

This document contains confidential and proprietary information of Wellpath. • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **1** of **4**



| | **Wellpath** |
|---|---|
| | **Grand Traverse County Michigan Detention Center** |
| | **Policies & Procedures** |

| TITLE: HCD-100_E-09B Timely Initiation of Medication Upon Arrival --Grand Traverse MI | REFERENCE: 65460 |
|---|---|
| | PAGE: 2 OF 4 |
| | VERSION:1 |

- Continuous Quality Improvement reviews to ensure that High-Priority medication is being properly provided

When completed, site specific procedures should be submitted to the appropriate Regional Director of Operations for review and approval by Wellpath Corporate Operations.

## 4. INTERPRETATION / RESPONSIBILITY

This policy is to be interpreted by the Wellpath Chief Clinical Officer or designee, and it is the responsibility of the Responsible Health Authority or designee to ensure implementation and adherence.

## 5. DEFINITIONS

<u>Health Care Staff</u> – Qualified health care professionals as well as administrative and supportive staff (e.g., health records administrators, laboratory technicians, nursing and medical assistants, and clerical workers).

## 6. PROCEDURE

### 6.1. High-Priority Medication

High-Priority medications are those medications which should not be interrupted because of their clinical necessity and which have short enough half-lives such that routine initiation within 24 hours of intake may not be quick enough for appropriate continuity of care. Attached to this policy directive is a "High-Priority Medication" list developed based upon usage, half-life, and the possible ill effects of medication interruption. Whenever possible, ongoing treatment regimens currently employing these medications should be continued without a single missed dose, whether the listed medication or a therapeutic substitution is provided.

Every effort should be made to administer a High-Priority medication by the next scheduled dose after notification of the medication by the patient, but no later 24 hours after notification of the medication to the health care staff (unless unable to obtain due to backup pharmacy availability.) The High-Priority medication verification should be attempted with a telephonic communication. If the medication cannot be verified during the first attempt by telephone, the provider should be contacted for review.

This policy directive describes an approach to continuity of care in provision of prescribed medication that balances the need to act quickly with the need to verify prior medication regimens

|  | **Wellpath**<br>**Grand Traverse County Michigan Detention Center**<br>**Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-09B Timely Initiation of Medication Upon Arrival --Grand Traverse MI | REFERENCE:   65460 | |
| | PAGE:       3 OF 4 | |
| | VERSION:1 | |

and avoid provision of potentially risky medication regimens.  Please see the companion policy directive *HCD-100_E-09A Medication Verification* for additional information regarding initiation of medication.

The list of High-Priority medications does not fully address continuity of care after return to a facility from a hospital setting.  Wellpath is often able to facilitate early release from hospitals by effecting High-Priority continuity of care, and our obligation to ensure that such care continues in effect expands the list of High-Priority medications for that patient.  Site practitioners are expected to review hospital care prior to or upon discharge; identify medications which need to be continued, can be discontinued, or can be modified; and arrange for timely provision of post-hospital care.

The current listing of High-Priority medications is reasonably complete, but it cannot include medications not yet on the market, used in "orphan drug treatment" or in investigational but necessary regimens.  Site health care staff identifying such circumstances should work to minimize interruptions in care to the extent that accomplishment is reasonable.

### 6.2.  Routine Medication

Routine medications are medications not considered to be High-Priority medications.  Routine medications will be attempted to be verified within 24 hours, or sooner, of notification of the medication to health care staff.  Routine medications will generally be administered within 48 hours of notification to health care staff, when ordered by a Wellpath prescriber or authorized prescriber.

### 6.3.  Pharmacy Services

For High-Priority medications, sites with access to a seven (7) day backup pharmacy should have the medication available and administer the medication within 12 hours of the notification to health care staff.

Sites without access to a seven (7) day backup pharmacy should attempt to have the medication available and administer the medication within 12 hours or as soon as possible.  In this circumstance the site should consider the use of home medications, as approved by the Wellpath authorized prescriber.

### 6.4.  Use of Home and/or Sample Medications

Home medications are prohibited except in the following circumstances:

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **3** of **4**

|  | **Wellpath**<br>**Grand Traverse County Michigan Detention Center**<br>**Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-09B Timely Initiation of Medication Upon Arrival --Grand Traverse MI | REFERENCE:   65460 | |
| | PAGE:        4 OF 4 | |
| | VERSION:1 | |

- High-Priority medications that are not readily available and have been verified

- Medications that expire quickly once the seal is broken (i.e., Harvoni Sovaldi, etc.)

- Medications used for research protocols that were initially prescribed in the community and have been verified

- A Weekender, as determined by site policy and under the direction of the site Medical Director

- As determined by site policy, in conformity with applicable state and federal laws

6.5.   Narcotics and other controlled substances are easy to substitute with stock medications. These medications should not be administered from a home supply, except in extreme circumstances and reviewed on a case-by-case basis by the on-call provider and verification.

6.6.   Sample medications are prohibited to be used and administered, whether prescribed in the community or through a credentialed Wellpath or authorized provider.

## 7.  REFERENCES

HCD-100_E-09A Medication Verification

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **4** of **4**

| | **Wellpath** |
|---|---|
| ⚕ **wellpath**℠ <br> To hope and healing. | **Wayne County Jail Michigan** <br> **Policies & Procedures** |

| TITLE: HCD-100_E-09B Timely Initiation of Medication Upon Arrival --Wayne MI | REFERENCE:   52665 |
|---|---|
| | PAGE:        1 OF 4 |
| | VERSION:1 |
| APPROVER: Townsel, Audrey | SUPERSEDES: Not Set |
| | EFFECTIVE: 07/02/2019 |
| | REVIEWED: 07/02/2019 |

## 1. PURPOSE

This policy is intended to ensure that patients receive appropriate medications and that medications are administered in a timely manner upon admission to the facility.

## 2. APPLICABILITY

This policy applies to health care staff and other persons providing services at the request of Wellpath.

## 3. POLICY

Routine and High-Priority Medications ordered by an authorized prescriber are to be administered as soon as possible or consistent with pharmacy services directives as outlined below and no later than 48 hours after notification of the medication to health care staff.

~~Facilities are expected to develop site-specific processes and supporting procedures, with implementation of this Policy Directive to follow within 90 days of its publication date.~~

~~The site-specific procedures should at a minimum address the following considerations:~~

- ~~Comparison between verified medication and the "High-Priority" medication list in Attachment 1~~

- ~~Comparison between unverified medications and antiretroviral HIV medications (it is preferable to continue a reasonable antiretroviral HIV medication regimen and then interrupt it if the history was incorrect than to stop an actual regiment being taken)~~

- ~~Processes employed to obtain "High Priority" medications, including stock medication, patient supplies, and immediate provision by contracted pharmacy~~

- ~~Processes to ensure that medication obtained is administered timely~~

This document contains confidential and proprietary information of Wellpath. • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **1** of **4**

| | Wellpath<br>Wayne County Jail Michigan<br>Policies & Procedures |
|---|---|
| TITLE: HCD-100_E-09B Timely Initiation of Medication Upon Arrival --Wayne MI | REFERENCE:   52665 |
| | PAGE:       2 OF 4 |
| | VERSION:1 |

- Continuous Quality Improvement reviews to ensure that High-Priority medication is being properly provided

When completed, site specific procedures should be submitted to the appropriate Regional Director of Operations for review and approval by Wellpath Corporate Operations.

## 4.  INTERPRETATION / RESPONSIBILITY

This policy is to be interpreted by the Wellpath Chief Clinical Officer or designee, and it is the responsibility of the Responsible Health Authority or designee to ensure implementation and adherence.

## 5.  DEFINITIONS

Health Care Staff – Qualified health care professionals as well as administrative and supportive staff (e.g., health records administrators, laboratory technicians, nursing and medical assistants, and clerical workers).

## 6.  PROCEDURE

### 6.1.  High-Priority Medication

High-Priority medications are those medications which should not be interrupted because of their clinical necessity and which have short enough half-lives such that routine initiation within 24 hours of intake may not be quick enough for appropriate continuity of care.  Attached to this policy directive is a "High-Priority Medication" list developed based upon usage, half-life, and the possible ill effects of medication interruption.  Whenever possible, ongoing treatment regimens currently employing these medications should be continued without a single missed dose, whether the listed medication or a therapeutic substitution is provided.

Every effort should be made to administer a High-Priority medication by the next scheduled dose after notification of the medication by the patient, but no later 24 hours after notification of the medication to the health care staff (unless unable to obtain due to backup pharmacy availability.) The High-Priority medication verification should be attempted with a telephonic communication. If the medication cannot be verified during the first attempt by telephone, the provider should be contacted for review.

This policy directive describes an approach to continuity of care in provision of prescribed medication that balances the need to act quickly with the need to verify prior medication regimens



| | **Wellpath** |
| --- | --- |
| | **Wayne County Jail Michigan** |
| | **Policies & Procedures** |

| TITLE: HCD-100_E-09B Timely Initiation of Medication Upon Arrival --Wayne MI | REFERENCE:   52665 |
| --- | --- |
| | PAGE:        3 OF 4 |
| | VERSION:1 |

and avoid provision of potentially risky medication regimens.  Please see the companion policy directive *HCD-100_E-09A Medication Verification* for additional information regarding initiation of medication.

The list of High-Priority medications does not fully address continuity of care after return to a facility from a hospital setting.  Wellpath is often able to facilitate early release from hospitals by effecting High-Priority continuity of care, and our obligation to ensure that such care continues in effect expands the list of High-Priority medications for that patient.  Site practitioners are expected to review hospital care prior to or upon discharge; identify medications which need to be continued, can be discontinued, or can be modified; and arrange for timely provision of post-hospital care.

The current listing of High-Priority medications is reasonably complete, but it cannot include medications not yet on the market, used in "orphan drug treatment" or in investigational but necessary regimens.  Site health care staff identifying such circumstances should work to minimize interruptions in care to the extent that accomplishment is reasonable.

### 6.2.   Routine Medication

Routine medications are medications not considered to be High-Priority medications.  Routine medications will be attempted to be verified within 24 hours, or sooner, of notification of the medication to health care staff.  Routine medications will generally be administered within 48 hours of notification to health care staff, when ordered by a Wellpath prescriber or authorized prescriber.

### 6.3.   Pharmacy Services

For High-Priority medications, sites with access to a seven (7) day backup pharmacy should have the medication available and administer the medication within 12 hours of the notification to health care staff.

Sites without access to a seven (7) day backup pharmacy should attempt to have the medication available and administer the medication within 12 hours or as soon as possible.  In this circumstance the site should consider the use of home medications, as approved by the Wellpath authorized prescriber.

### 6.4.   Use of Home and/or Sample Medications

Home medications are prohibited except in the following circumstances:

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **3** of **4**



| | Wellpath |
|---|---|
| | **Wellpath**<br>**Wayne County Jail Michigan**<br>**Policies & Procedures** |

| TITLE: HCD-100_E-09B Timely Initiation of Medication Upon Arrival --Wayne MI | REFERENCE:   52665 |
|---|---|
| | PAGE:       4 OF 4 |
| | VERSION:1 |

- High-Priority medications that are not readily available and have been verified

- Medications that expire quickly once the seal is broken (i.e., Harvoni Sovaldi, etc.)

- Medications used for research protocols that were initially prescribed in the community and have been verified

- A Weekender, as determined by site policy and under the direction of the site Medical Director

- As determined by site policy, in conformity with applicable state and federal laws

6.5.  Narcotics and other controlled substances are easy to substitute with stock medications. These medications should not be administered from a home supply, except in extreme circumstances and reviewed on a case-by-case basis by the on-call provider and verification.

6.6.  Sample medications are prohibited to be used and administered, whether prescribed in the community or through a credentialed Wellpath or authorized provider.

## 7.  REFERENCES

HCD-100_E-09A Medication Verification

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **4** of **4**