UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, and BRAD
LAFUZE, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

WELLPATH, LLC,

    Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

| | |
|---|---|
| LIDDLE & DUBIN, P.C.<br>Steven D. Liddle (P45110)<br>Matthew Z. Robb (P81665)<br>Attorneys for Plaintiffs<br>975 E. Jefferson Avenue<br>Detroit, MI 48207<br>(313) 392-0025<br>sliddle@ldclassaction.com<br>mrobb@ldclassaction.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Wedad Suleiman (P81970)<br>Attorneys for Wellpath, LLC<br>1441 W. Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>wsuleiman@chapmanlawgroup.com |

**DEFENDANT WELLPATH, L.L.C.'S REPLY TO PLAINTIFFS'
RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

**EXHIBIT B**    Wellpath Policy and Procedure HCD-100_E09A – Medication Verification for Grand Traverse County Jail and Wayne County Jail

| | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-09A Medication Verification --Grand Traverse MI | | REFERENCE: 65458 |
| | | PAGE:  1 OF 4 |
| | | VERSION:1 |
| APPROVER: Worley, Nanette | | SUPERSEDES: Not Set |
| | | EFFECTIVE: 06/23/2019 |
| | | REVIEWED: 06/23/2019 |

### 1. PURPOSE

This policy is intended to ensure that there is a process in which to verify reported medications and community prescribers' active prescriptions and communicate this information to an authorized Wellpath prescriber who will make a determination to continue, substitute, or discontinue based on clinical necessity.

### 2. APPLICABILITY

This policy applies to health care staff and other persons providing services at the request of Wellpath.

### 3. POLICY

Medication verification is a process through which an outside prescriber's active prescriptions are attempted to be confirmed and reported to a credentialed Wellpath prescriber or authorized prescriber for determination of continuance, substitution, or discontinuation based on clinical need.

### 4. INTERPRETATION / RESPONSIBILITY

This policy is to be interpreted by the Wellpath Chief Clinical Officer or designee, and it is the responsibility of the Responsible Health Authority or designee to ensure implementation and adherence.

### 5. DEFINITIONS

<u>Qualified Health Care Professional (QHP)</u> – Includes physicians, physician assistants, nurses, nurse practitioners, dentists, dental hygienists, dental assistants, MAs, CNAs, mental health professionals, and others who by virtue of education, credentials, and experience are permitted by law to evaluate and care for patients.

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** ||
|---|---|---|
| TITLE: HCD-100_E-09A Medication Verification --Grand Traverse MI | REFERENCE:   65458 ||
| | PAGE:        2 OF 4 ||
| | VERSION:1 ||

### 6. PROCEDURE

6.1. Medication verification includes the following information at a minimum:

- Patient identification
- Community prescriber identification
- Medication name and dosage dispensed
- Directions for the use of the medication
- Stop date for the prescription
- Date on which the prescription was last filled and quantity dispensed

6.2. Sites are to use a medication verification log to document this process.

6.3. Reported medications, both those verified and unable to be verified, will be discussed with the provider within one (1) day for decision to continue the verified order, not continue the verified order, substitute another medication, start medication that was unable to be verified, modify the dosage of a verified order, or not start a verified (or unverified) order. The provider can use the information presented by the nurse from the medication verification process, or if the medication was unable to be verified, can continue the medication verification process for up to two (2) additional business days.

6.4. No medications will be started without an order from a Wellpath QHP.

6.5. The option to decline should be invoked whenever a medication is thought to be unnecessary or inappropriate based upon diagnosis, usage, drug type, drug indication, dosage, etc. The decision must be documented in the health record. The following bullet points provide some guidance on decision making.

- When a patient reports current use of a medication and the verification process succeeds in contacting the prescriber or dispensing pharmacy, but the medication is not current or was never provided, the medication should not be considered as

|  | **Wellpath** **Grand Traverse County Michigan Detention Center** **Policies & Procedures** ||
|---|---|---|
| TITLE: HCD-100_E-09A Medication Verification --Grand Traverse MI | REFERENCE:   65458 ||
| | PAGE:       3 OF 4 ||
| | VERSION:1 ||

a continuing medication, and the patient is generally considered as not currently receiving treatment with the identified medication.

- When a patient reports that he or she received medications by using medication from a friend or family member and cannot have their usage verified, the patient should not be considered as receiving medication from a legitimate source. Site QHPs must be consulted for direction.

- When a patient reports current use of a medication and the medication cannot be verified because the agency is unavailable, or the verification cannot be completed timely (in time either for a High-Priority or in time to initiate a routine medication within time frames outlined below), a QHP should be consulted for direction.

- When a patient reports current use of nonstandard medication (experimental, off-label, non-FDA approved, etc.) and the medication is verified, special efforts should be made to determine whether the medication must be continued and how to accomplish continuity of care. Although incarcerated patients generally do not participate in experimental protocols, care should be taken when interrupting protocol participation, especially in short-stay instances.

- When patients are received from hospital settings, there must be a timely review of the discharge medication regimen and it must be adjusted to the correctional setting, being mindful of providing care in a continuous manner. Formulary substitutions, decisions not to continue one or more medications, and other medication modifications are common at this juncture. As previously mentioned, such decisions are documented in progress notes and orders in the health record.

6.6. Medications should generally be initiated within 48 hours of notification of the medication to health care staff. During this period the medication should be verified and a supply obtained. Options for obtaining medication include stock supply, contract pharmacy supply, local pharmacy, or in rare instances patient supply (see *HCD-100_E-09B Timely Initiation of Medication Upon Arrival).* The expectation that routine medications will be initiated within 48 hours is tempered with the recognition that the site QHPs have the authority to determine if the medication is clinically indicated. When a decision that a medication is not clinically indicated is made, the decision and the reason for it is documented in the health record and the decision communicated to the patient by health care staff, either the same day or on the next day when the health care staff is on site.

|  | **Wellpath**<br>**Grand Traverse County Michigan Detention Center**<br>**Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-09A Medication Verification --Grand Traverse MI | REFERENCE:   65458 | |
| | PAGE:        4 OF 4 | |
| | VERSION:1 | |

6.7. A separate policy directive, *HCD-100_E-09B Timely Initiation of Medication Upon Arrival,* addresses medications for which continuation within 48 hours is insufficient, and for which efforts should be made to avoid missing even a single dose, *HCD-100_E09B* should be considered a companion to this policy directive.

**7. REFERENCES**

HCD-100_E-09B Timely Initiation of Medication Upon Arrival

**Forms**
- Medication Verification Form

| | **Wellpath** <br> **Wayne County Jail Michigan** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-09A Medication Verification --Wayne MI | REFERENCE:   52664 | |
| | PAGE:       1 OF 4 | |
| | VERSION:1 | |
| APPROVER: Townsel, Audrey | SUPERSEDES: Not Set | |
| | EFFECTIVE: 06/26/2019 | |
| | REVIEWED: 06/26/2019 | |

### 1. PURPOSE

This policy is intended to ensure that there is a process in which to verify reported medications and community prescribers' active prescriptions and communicate this information to an authorized Wellpath prescriber who will make a determination to continue, substitute, or discontinue based on clinical necessity.

### 2. APPLICABILITY

This policy applies to health care staff and other persons providing services at the request of Wellpath.

### 3. POLICY

Medication verification is a process through which an outside prescriber's active prescriptions are attempted to be confirmed and reported to a credentialed Wellpath prescriber or authorized prescriber for determination of continuance, substitution, or discontinuation based on clinical need.

### 4. INTERPRETATION / RESPONSIBILITY

This policy is to be interpreted by the Wellpath Chief Clinical Officer or designee, and it is the responsibility of the Responsible Health Authority or designee to ensure implementation and adherence.

### 5. DEFINITIONS

Qualified Health Care Professional (QHP) – Includes physicians, physician assistants, nurses, nurse practitioners, dentists, dental hygienists, dental assistants, MAs, CNAs, mental health professionals, and others who by virtue of education, credentials, and experience are permitted by law to evaluate and care for patients.

### 6. PROCEDURE

This document contains confidential and proprietary information of Wellpath. • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **1** of **4**

|  | **Wellpath** **Wayne County Jail Michigan** **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-09A Medication Verification --Wayne MI | REFERENCE: 52664 | |
| | PAGE: 2 OF 4 | |
| | VERSION:1 | |

6.1. Medication verification includes the following information at a minimum:

- Patient identification
- Community prescriber identification
- Medication name and dosage dispensed
- Directions for the use of the medication
- Stop date for the prescription
- ~~Date on which the prescription was last filled and quantity dispensed~~

6.2. ~~Sites are to use a medication verification log to document this process.~~ **Formatted:** Font: (Default) Arial

**Formatted:** Indent: Left: 0.69", First line: 0"

~~6.3.~~6.2. Reported medications, both those verified and unable to be verified, will be discussed with the provider within one (1) day for decision to continue the verified order, not continue the verified order, substitute another medication, start medication that was unable to be verified, modify the dosage of a verified order, or not start a verified (or unverified) order. The provider can use the information presented by the nurse from the medication verification process, or if the medication was unable to be verified, can continue the medication verification process for up to two (2) additional business days.

~~6.4.~~6.3. No medications will be started without an order from a Wellpath QHP.

~~6.5.~~6.4. The option to decline should be invoked whenever a medication is thought to be unnecessary or inappropriate based upon diagnosis, usage, drug type, drug indication, dosage, etc. The decision must be documented in the health record. The following bullet points provide some guidance on decision making.

- When a patient reports current use of a medication and the verification process succeeds in contacting the prescriber or dispensing pharmacy, but the medication is not current or was never provided, the medication should not be considered as a continuing medication, and the patient is generally considered as not currently receiving treatment with the identified medication.

- When a patient reports that he or she received medications by using medication from a friend or family member and cannot have their usage verified, the patient

|  | **Wellpath** **Wayne County Jail Michigan** **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-09A Medication Verification --Wayne MI | REFERENCE:   52664 | |
| | PAGE:        3 OF 4 | |
| | VERSION:1 | |

should not be considered as receiving medication from a legitimate source. Site QHPs must be consulted for direction.

- When a patient reports current use of a medication and the medication cannot be verified because the agency is unavailable, or the verification cannot be completed timely (in time either for a High-Priority or in time to initiate a routine medication within time frames outlined below), a QHP should be consulted for direction.

- When a patient reports current use of nonstandard medication (experimental, off-label, non-FDA approved, etc.) and the medication is verified, special efforts should be made to determine whether the medication must be continued and how to accomplish continuity of care. Although incarcerated patients generally do not participate in experimental protocols, care should be taken when interrupting protocol participation, especially in short-stay instances.

- When patients are received from hospital settings, there must be a timely review of the discharge medication regimen and it must be adjusted to the correctional setting, being mindful of providing care in a continuous manner. Formulary substitutions, decisions not to continue one or more medications, and other medication modifications are common at this juncture. As previously mentioned, such decisions are documented in progress notes and orders in the health record.

6.6.6.5.   Medications should generally be initiated within 48 hours of notification of the medication to health care staff. During this period the medication should be verified and a supply obtained. Options for obtaining medication include stock supply, contract pharmacy supply, local pharmacy, or in rare instances patient supply (see *HCD-100_E-09B Timely Initiation of Medication Upon Arrival).* The expectation that routine medications will be initiated within 48 hours is tempered with the recognition that the site QHPs have the authority to determine if the medication is clinically indicated. When a decision that a medication is not clinically indicated is made, the decision and the reason for it is documented in the health record and the decision communicated to the patient by health care staff, either the same day or on the next day when the health care staff is on site.

6.7.6.6.   A separate policy directive, *HCD-100_E-09B Timely Initiation of Medication Upon Arrival,* addresses medications for which continuation within 48 hours is insufficient, and for which efforts should be made to avoid missing even a single dose, *HCD-100_E09B* should be considered a companion to this policy directive.

| | **Wellpath** <br> **Wayne County Jail Michigan** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-09A Medication Verification --Wayne MI | REFERENCE:   52664 | |
| | PAGE:        4 OF 4 | |
| | VERSION:1 | |

**7. REFERENCES**

HCD-100_E-09B Timely Initiation of Medication Upon Arrival

**Forms**
- Medication Verification Form

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **4** of **4**