# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, and BRAD
LAFUZE, on behalf of themselves and
all others similarly situated,

     Plaintiffs,                                       Case No. 20-cv-10670
                                                                  Hon. George C. Steeh
v.                                                        Mag. Judge Patricia T. Morris

WELLPATH, LLC,

     Defendant.

| LIDDLE & DUBIN, P.C. | CHAPMAN LAW GROUP |
|---|---|
| Steven D. Liddle (P45110) | Ronald W. Chapman Sr., M.P.A., |
| Matthew Z. Robb (P81665) | LL.M. (P37603) |
| Attorneys for Plaintiffs | Wedad Suleiman (P81970) |
| 975 E. Jefferson Avenue | Attorneys for Wellpath, LLC |
| Detroit, MI 48207 | 1441 W. Long Lake Rd., Suite 310 |
| (313) 392-0025 | Troy, MI 48098 |
| sliddle@ldclassaction.com | (248) 644-6326 |
| mrobb@ldclassaction.com | rchapman@chapmanlawgroup.com |
| | wsuleiman@chapmanlawgroup.com |

### DEFENDANT WELLPATH, L.L.C.'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**EXHIBIT C**     Wellpath Policy and Procedure HCD-100_D-02 – Medication Services for Grand Traverse County Jail and Wayne County Jail

| ![wellpath logo] Wellpath — To hope and healing. | **Wellpath**<br>**Grand Traverse County Michigan Detention Center**<br>**Policies & Procedures** |
|---|---|
| TITLE: HCD-100_D-02 Medication Services --Grand Traverse MI | REFERENCE:   65440 |
| | PAGE:      1 OF 5<br>VERSION:1 |
| APPROVER: Worley, Nanette | SUPERSEDES: Not Set<br>EFFECTIVE: 06/23/2019<br>REVIEWED: 06/23/2019 |

### 1. PURPOSE

This policy is intended to ensure that medication services are clinically appropriate and provided in a timely, safe, and sufficient manner.

### 2. APPLICABILITY

This policy applies to health care staff and other persons providing services at the request of Wellpath.

### 3. POLICY

Wellpath will provide patients with adequate and appropriate medications when clinically indicated. Medications are administered or delivered to the patient in a timely and safe manner. No partial doses of medication will be administered without a new order from the prescribing clinician.

Special procedures, including the use of a translation service, ensure that patients who have difficulty communicating understand how to access health care services. Any special procedure used shall be documented in the health record to demonstrate effective communication.

### 4. INTERPRETATION / RESPONSIBILITY

This policy is to be interpreted by the Wellpath Chief Clinical Officer or designee, and it is the responsibility of the Responsible Health Authority or designee to ensure implementation and adherence.

### 5. DEFINITIONS

KOP – Keep on Person medication

Qualified Health Care Professional (QHP) – Includes physicians, physician assistants, nurses, nurse practitioners, dentists, dental hygienists, dental assistants, MAs, CNAs, mental health

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** ||
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Grand Traverse MI | REFERENCE:   65440 ||
| | PAGE:     2 OF 5 |
| | VERSION:1 |

professionals, and others who by virtue of education, credentials, and experience are permitted by law to evaluate and care for patients

<u>RHA/HSA</u> – Responsible Health Authority / Health Services Administrator

<u>Health Care Staff</u> – Qualified health care professionals as well as administrative and supportive staff (e.g., health records administrators, laboratory technicians, nursing and medical assistants, and clerical workers)

## 6. PROCEDURE

6.1. Prescription medications are administered or delivered to the patient only upon the order of a physician, dentist, or other legally authorized individual. The Responsible Physician / Medical Director determines prescribing practices in the facility.

6.2. Medications are delivered in a timely manner, 24 to 48 hours unless specified by a practitioner. The Responsible Health Authority (RHA) / Health Services Administrator (HSA) is responsible for ensuring a policy addresses the expected time frames from ordering to delivery and an alternative pharmacy plan if the time frames cannot be met. ~~Enter site-specific plan, including maximum time frame for delivery.~~

6.2.1. An appropriately licensed nurse will contact the prescriber for additional instructions should there be no viable option to obtain medication within specified time frames.

6.3. Medications will be administered to patients at the prescribed dosage.

6.3.1. If the patient refuses to take the full dose as prescribed, then the QHP will not administer the medication at all.

6.3.2. The QHP will note that the medication was refused.

6.3.3. If the medication is a High-Priority Medication, then the QHP will notify the prescriber immediately after med pass is complete.

6.4. Wellpath maintains a medication formulary and an established non-formulary medication ordering and approval process that ensures non-formulary medications are obtained in a timely manner.

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **2** of **5**

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Grand Traverse MI | REFERENCE: 65440 | |
| | PAGE: 3 OF 5 | |
| | VERSION:1 | |

6.5. Medications are prescribed only when clinically indicated, and the orders include start and stop dates.

6.6. Medications are kept under the control of appropriate health care staff members, except for self-medication programs which are approved by the Facility Administrator and Responsible Physician / Medical Director.

    6.6.1. Patients are permitted to carry medications necessary for the emergency management of a condition when ordered by a provider.

6.7. Patients entering the facility on verifiable prescription medication continue to receive the medication in a timely fashion as prescribed, or acceptable alternate medications are provided as clinically indicated. Justification for an alternate treatment plan is documented. (See policy *HCD-100_E-09A Medication Verification*)

    6.7.1. Patients entering the facility on court-ordered medications for the restoration/maintenance of competency will continue to receive such medications as required by the court order, unless medically contraindicated.

    6.7.2. All court orders will be forwarded to Wellpath Legal Department for review and guidance.

6.8. The ordering clinician is notified of the impending expiration of an order so that the clinician can determine whether the medication administration is to be continued or altered.

6.9. QHPs administering the medication will verify the 5 Rights of drug administration and delivery before administering the medication.

- Right patient
- Right medication
- Right dose
- Right route
- Right time

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Grand Traverse MI | REFERENCE: 65440 | |
| | PAGE: 4 OF 5 | |
| | VERSION:1 | |

6.10. The QHP is responsible for taking every reasonable precaution to ensure that:

    6.10.1. The patient takes the medication in the presence of the QHP.

    6.10.2. There has been a check for "cheeking" or "palming" to ensure that medication has been ingested.

    6.10.3. The patient speaks after taking the medication and/or drinks water.

6.11. The QHP will keep the medication out of reach of patients at all times.

6.12. Medications are administered at set times according coordination of medical and security, or they are administered as ordered per the provider. ~~Enter site-specific times below.~~

- Daily – 0900

- BID – 0900, 2100

- TID – 0900, 1600, 2100

- QHS – 2100

6.13. As needed (PRN) prescription medications are administered or delivered to the patient only upon the order of a physician, dentist, or other legally authorized individual.

    6.13.1. PRN over-the-counter (OTC) medications are administered or delivered to the patient as part of a QHP intervention when allowable by state and federal regulations.

    6.13.2. PRN prescription medications and PRN OTC medications are delivered in a timely manner.

- Twice a day PRN medications will have a minimum of 12 hours between administered doses

- Three times a day PRN medications will have a minimum of eight (8) hours between administered doses

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Grand Traverse MI | REFERENCE:   65440 | |
| | PAGE:       5 OF 5 | |
| | VERSION:1 | |

- Four times a day PRN medications will have a minimum of six (6) hours between administered doses

6.13.3. PRN prescription medication is not delivered or administered if the maximum number of recommended doses for the specific medication has been reached.

- A current drug guide or the online *Up-to-Date* webpage will be utilized as reference for maximum recommended daily dosage.

6.14. QHPs are not authorized to repackage or relabel medications. This function is performed only by a licensed pharmacist, physician, or other persons as authorized by law.

## 7. REFERENCES

HCD-100_E-09A Medication Verification

**NCCHC Standards for Health Services in Jails 2018**
- Section: Ancillary Health Care Services: J-D-02 Medication Services (E)

**NCCHC Standards for Health Services in Prisons 2018**
- Section: Ancillary Health Care Services: P-D-02 Medication Services (E)

**NCCHC Standards for Mental Health Services in Correctional Facilities 2015**
- Section: Mental Health Care Services and Support: MH-D-02 Medication Services (E)

**ACA Standards / 2016 Standards Supplement**
- 4-ALDF-4C-38 Pharmaceuticals (M)
- 4-ALDF-4C-39 Non-Prescription Medication
- 1-HC-1A-35 Pharmaceuticals (M)
- 1-HC-1A-36 Non-prescription Medication

| ![wellpath logo] | **Wellpath** <br> **Wayne County Jail Michigan** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Wayne MI | | REFERENCE:   52722 |
| | | PAGE:        1 OF 5 |
| | | VERSION:1 |
| APPROVER: Townsel, Audrey | | SUPERSEDES: Not Set |
| | | EFFECTIVE: 07/02/2019 |
| | | REVIEWED: 07/02/2019 |

## 1. PURPOSE

This policy is intended to ensure that medication services are clinically appropriate and provided in a timely, safe, and sufficient manner.

## 2. APPLICABILITY

This policy applies to health care staff and other persons providing services at the request of Wellpath.

## 3. POLICY

Wellpath will provide patients with adequate and appropriate medications when clinically indicated. Medications are administered or delivered to the patient in a timely and safe manner. No partial doses of medication will be administered without a new order from the prescribing clinician.

Special procedures, including the use of a translation service, ensure that patients who have difficulty communicating understand how to access health care services. Any special procedure used shall be documented in the health record to demonstrate effective communication.

## 4. INTERPRETATION / RESPONSIBILITY

This policy is to be interpreted by the Wellpath Chief Clinical Officer or designee, and it is the responsibility of the Responsible Health Authority or designee to ensure implementation and adherence.

## 5. DEFINITIONS

KOP – Keep on Person medication

Qualified Health Care Professional (QHP) – Includes physicians, physician assistants, nurses, nurse practitioners, dentists, dental hygienists, dental assistants, MAs, CNAs, mental health professionals, and others who by virtue of education, credentials, and experience are permitted by law to evaluate and care for patients

|  | **Wellpath** **Wayne County Jail Michigan** **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Wayne MI | REFERENCE:  52722 | |
| | PAGE:     2 OF 5 | |
| | VERSION:1 | |

RHA/HSA – Responsible Health Authority / Health Services Administrator

Health Care Staff – Qualified health care professionals as well as administrative and supportive staff (e.g., health records administrators, laboratory technicians, nursing and medical assistants, and clerical workers)

**6. PROCEDURE**

   6.1. Prescription medications are administered or delivered to the patient only upon the order of a physician, dentist, or other legally authorized individual. The Responsible Physician / Medical Director determines prescribing practices in the facility.

   6.2. Medications are delivered in a timely manner, 24 to 48 hours unless specified by a practitioner. The Responsible Health Authority (RHA) / Health Services Administrator (HSA) is responsible for ensuring a policy addresses the expected time frames from ordering to delivery and an alternative pharmacy plan if the time frames cannot be met. ~~Enter site-specific plan, including maximum time frame for delivery.~~

      6.2.1. An appropriately licensed nurse will contact the prescriber for additional instructions should there be no viable option to obtain medication within ~~sp~~specified timeframes~~ecified time frames~~.

   6.3. Medications will be administered to patients at the prescribed dosage.

      6.3.1. If the patient refuses to take the full dose as prescribed, then the QHP will not administer the medication at all.

      6.3.2. The QHP will note that the medication was refused.

      6.3.3. If the medication is a High-Priority Medication, then the QHP will notify the prescriber immediately after med pass is complete.

   6.4. Wellpath maintains a medication formulary and an established non-formulary medication ordering and approval process that ensures non-formulary medications are obtained in a timely manner.

   6.5. Medications are prescribed only when clinically indicated, and the orders include start and stop dates.

|  | **Wellpath** <br> **Wayne County Jail Michigan** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Wayne MI | | REFERENCE:  52722 |
| | | PAGE:       3 OF 5 |
| | | VERSION:1 |

6.6. Medications are kept under the control of appropriate health care staff members, except for self-medication programs which are approved by the Facility Administrator and Responsible Physician / Medical Director.

    6.6.1. Patients are permitted to carry medications necessary for the emergency management of a condition when ordered by a provider.

6.7. Patients entering the facility on verifiable prescription medication continue to receive the medication in a timely fashion as prescribed, or acceptable alternate medications are provided as clinically indicated. Justification for an alternate treatment plan is documented. (See policy *HCD-100_E-09A Medication Verification*)

    6.7.1. Patients entering the facility on court-ordered medications for the restoration/maintenance of competency will continue to receive such medications as required by the court order, unless medically contraindicated.

    6.7.2. All court orders will be forwarded to Wellpath Legal Department for review and guidance.

6.8. The ordering clinician is notified of the impending expiration of an order so that the clinician can determine whether the medication administration is to be continued or altered.

6.9. QHPs administering the medication will verify the 5 Rights of drug administration and delivery before administering the medication.

- Right patient
- Right medication
- Right dose
- Right route
- Right time

6.10. The QHP is responsible for taking every reasonable precaution to ensure that:

    6.10.1. The patient takes the medication in the presence of the QHP.

|  | **Wellpath** **Wayne County Jail Michigan** **Policies & Procedures** ||
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Wayne MI | REFERENCE:   52722 ||
| | PAGE:       4 OF 5 ||
| | VERSION:1 ||

    6.10.2. There has been a check for "cheeking" or "palming" to ensure that medication has been ingested.

    6.10.3. The patient speaks after taking the medication and/or drinks water.

6.11. The QHP will keep the medication out of reach of patients at all times.

~~6.12.~~ Medications are administered at set times according coordination of medical and security, or they are administered as ordered per the provider. ~~Enter site-specific times below.~~

- Daily –

- BID –

- TID –

- QHS –

- <u>QD –</u>

~~6.13.~~<u>6.12.</u> As needed (PRN) prescription medications are administered or delivered to the patient only upon the order of a physician, dentist, or other legally authorized individual.

    ~~6.13.1.~~<u>6.12.1.</u> PRN over-the-counter (OTC) medications are administered or delivered to the patient as part of a QHP intervention when allowable by state and federal regulations.

    ~~6.13.2.~~<u>6.12.2.</u> PRN prescription medications and PRN OTC medications are delivered in a timely manner.

- Twice a day PRN medications will have a minimum of 12 hours between administered doses

- Three times a day PRN medications will have a minimum of eight (8) hours between administered doses

- Four times a day PRN medications will have a minimum of six (6) hours between administered doses

|  | **Wellpath** **Wayne County Jail Michigan** **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_D-02 Medication Services --Wayne MI | REFERENCE:   52722 | |
| | PAGE:       5 OF 5 | |
| | VERSION:1 | |

~~6.13.3.~~6.12.3.      PRN prescription medication is not delivered or administered if the maximum number of recommended doses for the specific medication has been reached.

- A current drug guide or the online *Up-to-Date* webpage will be utilized as reference for maximum recommended daily dosage.

~~6.14.~~6.13. QHPs are not authorized to repackage or relabel medications. This function is performed only by a licensed pharmacist, physician, or other persons as authorized by law.

**7. REFERENCES**

HCD-100_E-09A Medication Verification

**NCCHC Standards for Health Services in Jails 2018**
- Section: Ancillary Health Care Services: J-D-02 Medication Services (E)

**NCCHC Standards for Health Services in Prisons 2018**
- Section: Ancillary Health Care Services: P-D-02 Medication Services (E)

**NCCHC Standards for Mental Health Services in Correctional Facilities 2015**
- Section: Mental Health Care Services and Support: MH-D-02 Medication Services (E)

**ACA Standards / 2016 Standards Supplement**
- 4-ALDF-4C-38 Pharmaceuticals (M)
- 4-ALDF-4C-39 Non-Prescription Medication
- 1-HC-1A-35 Pharmaceuticals (M)
- 1-HC-1A-36 Non-prescription Medication

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **5** of **5**