# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, and BRAD
LAFUZE, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

WELLPATH, LLC,

    Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

| LIDDLE & DUBIN, P.C. | CHAPMAN LAW GROUP |
|---|---|
| Steven D. Liddle (P45110) | Ronald W. Chapman Sr., M.P.A., |
| Matthew Z. Robb (P81665) | LL.M. (P37603) |
| Attorneys for Plaintiffs | Wedad Suleiman (P81970) |
| 975 E. Jefferson Avenue | Attorneys for Wellpath, LLC |
| Detroit, MI 48207 | 1441 W. Long Lake Rd., Suite 310 |
| (313) 392-0025 | Troy, MI 48098 |
| sliddle@ldclassaction.com | (248) 644-6326 |
| mrobb@ldclassaction.com | rchapman@chapmanlawgroup.com |
| | wsuleiman@chapmanlawgroup.com |

## DEFENDANT WELLPATH, L.L.C.'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**EXHIBIT D**     Wellpath Policy and Procedure HCD-100_E-05 – Mental Health Screening and Evaluation for Grand Traverse County Jail and Wayne County Jail

| | Wellpath<br>**Grand Traverse County Michigan Detention Center**<br>**Policies & Procedures** |
|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Grand Traverse MI | REFERENCE: 65453 |
| | PAGE: 1 OF 6 |
| | VERSION:1 |
| APPROVER: Worley, Nanette | SUPERSEDES: Not Set |
| | EFFECTIVE: 06/23/2019 |
| | REVIEWED: 06/23/2019 |

**1. PURPOSE**

This policy is intended to ensure a mental health screening is performed to ensure that urgent mental health needs are met.

**2. APPLICABILITY**

This policy applies to health care staff and other persons providing services at the request of Wellpath.

**3. POLICY**

Patients receive a mental health screening during the initial health assessment. This screening is a follow-up to the mental health screening that is included as part of the intake/receiving screening process. The mental health screening is carried out by qualified health care or mental health care professionals. When findings are positive, the patient is referred to a Qualified Mental Health Professional (QMHP) for a mental health initial evaluation, unless the screening was carried out by a mental health professional. A QMHP will provide training as needed when the mental health portion of the receiving screening or initial health assessment is completed by a health care professional, providing instruction in identifying and interacting with patients in need of mental health services.

    3.1. The initial mental health screening includes a structured interview with inquiries into, at a minimum:

        3.1.1. A history of:

- Psychiatric hospitalization and outpatient treatment
- Substance use hospitalization
- Withdrawal seizures
- Detoxification and outpatient treatment

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** ||
|---|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Grand Traverse MI | REFERENCE:   65453 ||
| | PAGE:        2 OF 6 ||
| | VERSION:1 ||

- Suicidal behavior
- Violent behavior
- Victimization
- Special education placement
- Cerebral trauma
- Sexual abuse
- Sex offenses

 3.1.2. The status of:

- Psychotropic medication
- Suicidal ideation
- Drug or alcohol use
- Drug or alcohol withdrawal or intoxication
- Orientation to person, place, and time

 3.1.3. Emotional response to incarceration

 3.1.4. Screening for intellectual functioning (e.g., mental retardation, developmental disability, learning disability)

The results of the evaluation, with documentation of referral or initiation of treatment, when indicated, are retained in the health record.

If the mental health needs of the patient exceed the capabilities of the facility, steps are taken to transfer the patient to a location where the patient's needs can be met.  Such transfers must typically follow due-process procedures as they relate to sending patients to outside agencies such as local hospitals.  Generally, outside community mental health providers address the due-process requirements.

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **2** of **6**

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** |
|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Grand Traverse MI | REFERENCE:   65453 |
| | PAGE:        3 OF 6 |
| | VERSION:1 |

Special procedures, including the use of a translation service, ensure that patients who have difficulty communicating understand how to access health care services. Any special procedure used shall be documented in the health record to demonstrate effective communication.

### 4. INTERPRETATION / RESPONSIBILITY

This policy is to be interpreted by the Wellpath Chief Clinical Officer or designee, and it is the responsibility of the Responsible Health Authority or designee to ensure implementation and adherence.

### 5. DEFINITIONS

<u>Mental Health Screening</u> – The portion of the receiving screening form focused on mental health history and findings completed as soon as possible upon arrival by a Qualified Health Professional (QHP) or trained non-licensed staff so that the timeliness of referral mitigates negative mental health consequences.

<u>Mental Health Assessment</u> – Refers to the mental health history portion of the 14-day or sooner health assessment based on a referral from staff or patient self-referral to Mental Health Services.

<u>Mental Health Evaluation</u> – A comprehensive mental health evaluation completed by a QMHP in response to positive findings on mental health assessment, referral from QHP or custody staff, or patient request for Mental Health Services. The mental health evaluation shall be completed within 30 days of the positive screen.

<u>Psychiatric Evaluation</u> – A comprehensive mental health evaluation completed by a Psychiatrist or Psychiatric Nurse Practitioner in response to positive findings on mental health screening/assessment, referral from a QHP or custody staff, or patient request for Mental Health Services.

<u>Suicide Risk Assessment</u> – A comprehensive suicide risk questionnaire completed by a QHP and/or QMHP to assess suicide potential including, but not limited to: current mental status, affect, cognition, judgment/insight, speech, mood, hallucinations, memory, plan, history, etc.

<u>Qualified Mental Health Professional (QMHP)</u> – Includes licensed psychiatrists, licensed psychologists, licensed psychiatric social workers, licensed professional counselors, licensed psychiatric nurses, and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for the mental health needs of patients. QMHPs have

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Grand Traverse MI | REFERENCE: 65453 | |
| | PAGE: 4 OF 6 | |
| | VERSION:1 | |

consultation resources available from Regional Directors of Mental Health and the regional psychiatry providers.

<u>Qualified Health Care Professional (QHP)</u> – Includes physicians, physician assistants, nurses, nurse practitioners, dentists, dental hygienists, dental assistants, MAs, CNAs, mental health professionals, and others who by virtue of education, credentials, and experience are permitted by law to evaluate and care for patients.

<u>On-Call Provider</u> – The responsible provider for a facility when an on-site provider is not physically present or available on-site.

**6. PROCEDURE**

    6.1. As part of the initial health screening process, a qualified health care professional or mental health professional conducts a mental health screening within 14 days of admission to the facility for both jails and prisons.

    6.2. Results of the screening assessment are documented in the patient's health record.

    6.3. Responses of a positive or concerning nature will result in a referral to mental health staff for additional assessment. If mental health staff conducted the mental health section of the initial health assessment, the staff member will either schedule a follow-up or conduct a more in-depth assessment as part of the initial health assessment.

        6.3.1. If the patient has already seen a mental health professional to complete the Psychiatric Evaluation Form, that process does not need to be repeated. However, if a new issue was elicited during the initial health assessment, the patient is seen for additional assessment of the new issue.

    6.4. Any referrals by a QHP will be triaged and assigned for follow-up. As a priority, emergent and urgent referrals will be addressed first, while routine referrals will be seen within seven (7) days for sites with 40 hours-a-week mental health coverage, within 10 days at sites with less than 40 hours-a-week coverage, and within 14 days at sites with less than 10 hours-a-week coverage.

        6.4.1. If an emergent referral to a QMHP occurs after hours, the on-call provider shall be contacted. The on-call provider will determine whether the patient needs to be transferred to another facility, as clinically indicated.

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** ||
|---|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Grand Traverse MI | REFERENCE:   65453 ||
| | PAGE:       5 OF 6 ||
| | VERSION:1 ||

6.5. Patients assessed to have serious mental health needs who have not already been identified as such will be reviewed by mental health staff, and the level of mental health services considered necessary to assist the patient in maintaining adequate functioning in the facility will be determined.

    6.5.1. Patients who require acute mental health services beyond those available in the facility are transferred to an appropriate facility.

    6.5.2. The Mental Health Coordinator/Director, in consultation with the Psychiatric Provider, will determine those patients in need of transfer to an appropriate mental health facility and will communicate with appropriate custody staff about transfer arrangements.

## 7. REFERENCES

**NCCHC Standards for Health Services in Jails 2018**
- Section: Patient Care and Treatment: J-E-05 Mental Health Screening and Evaluation (E)

**NCCHC Standards for Health Services in Prisons 2018**
- Section: Patient Care and Treatment: P-E-05 Mental Health Screening and Evaluation (E)

**NCCHC Standards for Mental Health Services in Correctional Facilities 2015**
- Section: Patient Care and Treatment: MH-E-04 Mental Health Assessment and Evaluation (E)

**ACA Standards / 2016 Standards Supplement**
- 4-ALDF-4C-27 Mental Health Program (M)
- 4-ALDF-4C-29 Mental Health Screen (M)
- 4-ALDF-4C-30 Mental Health Appraisal (M)
- 4-ALDF-4C-31 Mental Health Referrals
- 4-ALDF-4C-34 Mental Illness and Developmental Disability
- 4-ALDF-4D-20 Transfer of Mentally Ill or Developmentally Disabled
- 1-HC-1A-25 Mental Health Program (M)
- 1-HC-1A-27 Mental Health Screen (M)
- 1-HC-1A-28 Mental Health Appraisal (M)
- 1-HC-1A-29 Mental Health Evaluations (M)
- 1-HC-1A-31 Mental Illness and Developmental Disability
- 1-HC-3A-11 Transfer of Mentally Ill or Developmentally Disabled

**Forms**
- Psychiatric Evaluation Form

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **5** of **6**

|  | **Wellpath** <br> **Grand Traverse County Michigan Detention Center** <br> **Policies & Procedures** ||
|---|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Grand Traverse MI | REFERENCE:   65453 ||
| | PAGE:        6 OF 6 ||
| | VERSION:1 ||

- Initial Health History and Physical Assessment Form

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **6** of **6**

| | **Wellpath** <br> **Wayne County Jail Michigan** <br> **Policies & Procedures** | |
|---|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Wayne MI | | REFERENCE:   52659 |
| | | PAGE:       1 OF 6 |
| | | VERSION:1 |
| APPROVER: Townsel, Audrey | | SUPERSEDES: Not Set |
| | | EFFECTIVE: 06/28/2019 |
| | | REVIEWED: 06/28/2019 |

### 1. PURPOSE

This policy is intended to ensure a mental health screening is performed to ensure that urgent mental health needs are met.

### 2. APPLICABILITY

This policy applies to health care staff and other persons providing services at the request of Wellpath.

### 3. POLICY

Patients receive a mental health screening during the initial health assessment.  This screening is a follow-up to the mental health screening that is included as part of the intake/receiving screening process.  The mental health screening is carried out by qualified health care or mental health care professionals.  When findings are positive, the patient is referred to a Qualified Mental Health Professional (QMHP) for a mental health initial evaluation, unless the screening was carried out by a mental health professional.  A QMHP will provide training as needed when the mental health portion of the receiving screening or initial health assessment is completed by a health care professional, providing instruction in identifying and interacting with patients in need of mental health services.

    3.1. The initial mental health screening includes a structured interview with inquiries into, at a minimum:

        3.1.1. A history of:

- Psychiatric hospitalization and outpatient treatment
- Substance use hospitalization
- Withdrawal seizures
- Detoxification and outpatient treatment

|  | **Wellpath** <br> **Wayne County Jail Michigan** <br> **Policies & Procedures** |
|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Wayne MI | REFERENCE:   52659 |
| | PAGE:        2 OF 6 |
| | VERSION:1 |

- Suicidal behavior
- Violent behavior
- Victimization
- Special education placement
- Cerebral trauma
- Sexual abuse
- Sex offenses

3.1.2.  The status of:

- Psychotropic medication
- Suicidal ideation
- Drug or alcohol use
- Drug or alcohol withdrawal or intoxication
- Orientation to person, place, and time

3.1.3.  Emotional response to incarceration

3.1.4.  Screening for intellectual functioning (e.g., mental retardation, developmental disability, learning disability)

The results of the evaluation, with documentation of referral or initiation of treatment, when indicated, are retained in the health record.

If the mental health needs of the patient exceed the capabilities of the facility, steps are taken to transfer the patient to a location where the patient's needs can be met.  Such transfers must typically follow due-process procedures as they relate to sending patients to outside agencies such as local hospitals.  Generally, outside community mental health providers address the due-process requirements.

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **2** of **6**

| | **Wellpath**<br>**Wayne County Jail Michigan**<br>**Policies & Procedures** |
|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Wayne MI | REFERENCE:   52659 |
| | PAGE:        3 OF 6 |
| | VERSION:1 |

Special procedures, including the use of a translation service, ensure that patients who have difficulty communicating understand how to access health care services. Any special procedure used shall be documented in the health record to demonstrate effective communication.

**4.   INTERPRETATION / RESPONSIBILITY**

This policy is to be interpreted by the Wellpath Chief Clinical Officer or designee, and it is the responsibility of the Responsible Health Authority or designee to ensure implementation and adherence.

**5.   DEFINITIONS**

Mental Health Screening – The portion of the receiving screening form focused on mental health history and findings completed as soon as possible upon arrival by a Qualified Health Professional (QHP) or trained non-licensed staff so that the timeliness of referral mitigates negative mental health consequences.

Mental Health Assessment – Refers to the mental health history portion of the 14-day or sooner health assessment based on a referral from staff or patient self-referral to Mental Health Services.

Mental Health Evaluation – A comprehensive mental health evaluation completed by a QMHP in response to positive findings on mental health assessment, referral from QHP or custody staff, or patient request for Mental Health Services. The mental health evaluation shall be completed within 30 days of the positive screen.

Psychiatric Evaluation – A comprehensive mental health evaluation completed by a Psychiatrist or Psychiatric Nurse Practitioner in response to positive findings on mental health screening/assessment, referral from a QHP or custody staff, or patient request for Mental Health Services.

Suicide Risk Assessment – A comprehensive suicide risk questionnaire completed by a QHP and/or QMHP to assess suicide potential including, but not limited to: current mental status, affect, cognition, judgment/insight, speech, mood, hallucinations, memory, plan, history, etc.

Qualified Mental Health Professional (QMHP) – Includes licensed psychiatrists, licensed psychologists, licensed psychiatric social workers, licensed professional counselors, licensed psychiatric nurses, and others who by virtue of their education, credentials, and experience are permitted by law to evaluate and care for the mental health needs of patients. QMHPs have

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **3** of **6**

| | **Wellpath**<br>**Wayne County Jail Michigan**<br>**Policies & Procedures** |
|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Wayne MI | REFERENCE:   52659 |
| | PAGE:        4 OF 6 |
| | VERSION:1 |

consultation resources available from Regional Directors of Mental Health and the regional psychiatry providers.

<u>Qualified Health Care Professional (QHP)</u> – Includes physicians, physician assistants, nurses, nurse practitioners, dentists, dental hygienists, dental assistants, MAs, CNAs, mental health professionals, and others who by virtue of education, credentials, and experience are permitted by law to evaluate and care for patients.

<u>On-Call Provider</u> – The responsible provider for a facility when an on-site provider is not physically present or available on-site.

**6.  PROCEDURE**

    6.1.  As part of the initial health screening process, a qualified health care professional or mental health professional conducts a mental health screening within 14 days of admission to the facility for both jails and prisons.

    6.2.  Results of the screening assessment are documented in the patient's health record.

    6.3.  Responses of a positive or concerning nature will result in a referral to mental health staff for additional assessment. If mental health staff conducted the mental health section of the initial health assessment, the staff member will either schedule a follow-up or conduct a more in-depth assessment as part of the initial health assessment.

        6.3.1.  If the patient has already seen a mental health professional to complete the Psychiatric Evaluation Form, that process does not need to be repeated. However, if a new issue was elicited during the initial health assessment, the patient is seen for additional assessment of the new issue.

    6.4.  Any referrals by a QHP will be triaged and assigned for follow-up. As a priority, emergent and urgent referrals will be addressed first, while routine referrals will be seen within seven (7) days for sites with 40 hours-a-week mental health coverage, within 10 days at sites with less than 40 hours-a-week coverage, and within 14 days at sites with less than 10 hours-a-week coverage.

        6.4.1.  If an emergent referral to a QMHP occurs after hours, the on-call provider shall be contacted. The on-call provider will determine whether the patient needs to be transferred to another facility, as clinically indicated.

| ![wellpath logo] To hope and healing. | **Wellpath** **Wayne County Jail Michigan** **Policies & Procedures** ||
|---|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Wayne MI | REFERENCE:   52659 ||
| | PAGE:        5 OF 6 ||
| | VERSION:1 ||

    6.5.  Patients assessed to have serious mental health needs who have not already been identified as such will be reviewed by mental health staff, and the level of mental health services considered necessary to assist the patient in maintaining adequate functioning in the facility will be determined.

        6.5.1.  Patients who require acute mental health services beyond those available in the facility are transferred to an appropriate facility.

        6.5.2.  The Mental Health Coordinator/Director, in consultation with the Psychiatric Provider, will determine those patients in need of transfer to an appropriate mental health facility and will communicate with appropriate custody staff about transfer arrangements.

## 7. REFERENCES

**NCCHC Standards for Health Services in Jails 2018**
- Section: Patient Care and Treatment: J-E-05 Mental Health Screening and Evaluation (E)

**NCCHC Standards for Health Services in Prisons 2018**
- Section: Patient Care and Treatment: P-E-05 Mental Health Screening and Evaluation (E)

**NCCHC Standards for Mental Health Services in Correctional Facilities 2015**
- Section: Patient Care and Treatment: MH-E-04 Mental Health Assessment and Evaluation (E)

**ACA Standards / 2016 Standards Supplement**
- 4-ALDF-4C-27 Mental Health Program (M)
- 4-ALDF-4C-29 Mental Health Screen (M)
- 4-ALDF-4C-30 Mental Health Appraisal (M)
- 4-ALDF-4C-31 Mental Health Referrals
- 4-ALDF-4C-34 Mental Illness and Developmental Disability
- 4-ALDF-4D-20 Transfer of Mentally Ill or Developmentally Disabled
- 1-HC-1A-25 Mental Health Program (M)
- 1-HC-1A-27 Mental Health Screen (M)
- 1-HC-1A-28 Mental Health Appraisal (M)
- 1-HC-1A-29 Mental Health Evaluations (M)
- 1-HC-1A-31 Mental Illness and Developmental Disability
- 1-HC-3A-11 Transfer of Mentally Ill or Developmentally Disabled

**Forms**
- Psychiatric Evaluation Form

| | **Wellpath** <br> **Wayne County Jail Michigan** <br> **Policies & Procedures** |
|---|---|
| TITLE: HCD-100_E-05 Mental Health Screening and Evaluation --Wayne MI | REFERENCE:   52659 |
| | PAGE:        6 OF 6 |
| | VERSION:1 |

- Initial Health History and Physical Assessment Form

This document contains confidential and proprietary information of Wellpath • Please refer to the electronic copy in PolicyTech or SharePoint for the latest version. • Page **6** of **6**