# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, and BRAD
LAFUZE, on behalf of themselves and
all others similarly situated,

     Plaintiffs,

v.

WELLPATH, LLC,

     Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

---

LIDDLE & DUBIN, P.C.
Steven D. Liddle (P45110)
Matthew Z. Robb (P81665)
Attorneys for Plaintiffs
975 E. Jefferson Avenue
Detroit, MI 48207
(313) 392-0025
sliddle@ldclassaction.com
mrobb@ldclassaction.com

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Wedad Suleiman (P81970)
Attorneys for Wellpath, LLC
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
wsuleiman@chapmanlawgroup.com

---

## WELLPATH LLC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF 8]

NOW COMES Defendant WELLPATH LLC ("Wellpath"), by and through its attorneys, CHAPMAN LAW GROUP, and for its Answer to Plaintiffs' First Amended Complaint state as follows:

# I.  <u>INTRODUCTION</u>

1. Defendant admits it is a health care services company contracted to provide health services in various jails in the State of Michigan. Defendant denies the remaining allegations contained in Paragraph 1 for the reason that they are untrue as stated.

2. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

3. Defendant denies the allegations contained in Paragraph 3 for the reason that they are untrue as stated.

4. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

5. No response is required because this paragraph states a legal conclusion. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

6. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

7. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

8. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

9. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

10. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

11. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

12. Defendant denies the allegations contained in Paragraph 12 for the reason that they are untrue as stated.

13. Defendant denies the allegations contained in Paragraph 13 for the reason that they are untrue as stated.

14. No response is required because this paragraph states a legal conclusion. In the event that a response is required, Defendant denies the allegations contained in Paragraph 14 for the reason that they are untrue as stated.

15. Defendant denies the allegations contained in Paragraph 15 for the reason that they are untrue as stated.

16. No response is required because this paragraph states a legal conclusion. In the event that a response is required, Defendant denies the existence of a statewide putative class of other similarly situated individuals. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

## II. PARTIES

17. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

18. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

19. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

20. Defendant admits that it is a Delaware limited liability corporation contracted by various counties to provide health services in jails across the State of Michigan. As to the remaining allegations, no response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

21. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

### III.   <u>JURISDICTION AND VENUE</u>

22. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant does not dispute jurisdiction.

23. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations

contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

24. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

25. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

26. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

27. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

## IV.   **GENERAL AND FACTUAL ALLEGATIONS**

28. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

29. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

30. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

31. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

32. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

33. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

34. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

35. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

36. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

37. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

38. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

39. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

40. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

41. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

42. Defendant admits the allegations contained therein.

43. Defendant admits the allegations contained therein.

44. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

45. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

46. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

47. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

48. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

49. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

50. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

51. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

52. Defendant denies the allegations as untrue.

53. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

54. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

55. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

56. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

57. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

58. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

59. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

60. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

61. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

62. No response is required as any contract Wellpath has entered into speaks for itself. In the event a response is requires, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

63. No response is required as any contract Wellpath has entered into speaks for itself. In the event a response is requires, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

64. No response is required as any contract Wellpath has entered into speaks for itself. In the event a response is requires, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

65. Defendant denies the allegations as untrue.

66. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

67. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

68. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

69. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

70. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

71. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

72. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

73. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

74. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

75. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

76. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

77. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

78. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

79. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

80. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

81. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

82. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

83. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

84. No response is required as this paragraph states legal conclusions. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

85. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

86. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

87. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

88. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

89. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

90. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

91. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

92. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

93. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

94. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

95. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

96. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

97. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

98. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

99. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

100.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

101.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

102.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

103.   Defendant denies the allegations as untrue.

104.   Defendant denies the allegations as untrue.

105.   Defendant denies the allegations as untrue.

106. Defendant denies the allegations as untrue.

107. Defendant denies the allegations as untrue.

108. Defendant denies the allegations as untrue.

109. Defendant denies the allegations as untrue.

110. Defendant denies the allegations as untrue.

111. Defendant denies the allegations as untrue.

112. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

113. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

114. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

115.   The medical speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

116.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

117.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

118.   Defendant denies the allegations as untrue.

119.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

120.   Defendant denies the allegations as untrue.

121.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

122.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

123.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

124.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

125.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

126.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

127.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

128.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

129.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

130.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

131.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

132. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

133. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

134. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

135. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

136. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the

allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

137.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

138.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

139.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

140.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the

allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

141.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

142.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

143.   Defendant denies the allegations as untrue.

144.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

145.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

146.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

147.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

148.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

149.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

150.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

151.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

152.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

153.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

154.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

155.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

156.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

157.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

158.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

159.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

160.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

161.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

162.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

163.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

164.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

165.   The medical and jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge

and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

166.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

167.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

168.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

169.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

170.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

171.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

172.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

173.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

174.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

175.   The medical records speak for itself; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

176.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

177.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

178.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

179.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

180.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

181.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or

information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

182.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

183.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

184.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

185.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

186.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

187.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

188.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

189.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

190.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

191.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

192.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

193.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

194.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

195.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

196.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

197.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

198.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

199.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

200.   Defendant denies the allegations as untrue.

201.   Defendant denies the allegations as untrue.

202.   Defendant denies the allegations as untrue.

203.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

204.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

205.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

206.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

207.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

208.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

209.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

210.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

211.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

212.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

213.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

214.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

215.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

216.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

217.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

218.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

219.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

220.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

221.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

222.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

223. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

224. The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

225. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

226. The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

227.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

228.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

229.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

230.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

231.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

232.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

233.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

234.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

235.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

236.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

237.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

238.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

239.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

240.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

241.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

242.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

243.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

244.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

245.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

246.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

247.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

248.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

249.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

250.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

251.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

252.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

253.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

254.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

255.   The medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

256.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

257.   The jail records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

258.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

259.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

260.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

261.   The jail and medical records speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

262.   Defendant denies the allegations as untrue.

263.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

264.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

265.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

266.   Defendant denies the allegations as untrue.

267.   Defendant denies the allegations as untrue.

268.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

269.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

270.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor

denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

271.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

272.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

273.   Defendant denies the allegations as untrue.

274.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

275.   Defendant denies the allegations as untrue.

276.   Defendant denies the allegations as untrue.

277.   Defendant denies the allegations as untrue.

278.   Defendant denies the allegations as untrue.

279.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

280.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

281.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

282.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor

denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

283.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

284.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

285.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

286.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor

denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

287. The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

288. The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

289. Defendant denies the allegations as untrue.

290. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

291. Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

292.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

293.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

294.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

295.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

296.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

297.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge

and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

298.   Defendant denies the allegations as untrue.

299.   Defendant denies the allegations as untrue.

300.   Defendant denies the allegations as untrue.

301.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

302.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

303.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

304.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

305.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

306.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

307.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

308.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

309.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

310.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

311.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

312.   The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

313. The policies and procedures speak for themselves; therefore, no response is required. In the event that a response is required, Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

314. Defendant denies the allegations as untrue.

315. Defendant denies the allegations as untrue.

316. Defendant denies the allegations as untrue.

317. Defendant denies the allegations as untrue.

318. Defendant denies the allegations as untrue.

319. Defendant denies the allegations as untrue.

## V. <u>CLASS ALLEGATIONS</u>

320. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23.

321. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23.

322. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23.

323.  Defendant denies the allegations as untrue.

324. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23, and numerosity.

325. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23 and denies existence of any common questions of law and fact.

326. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23 and denies existence of any common questions of law and fact.

327. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23 and typicality of claims.

328. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23 and commonality of claims.

329. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23.

330. Defendant denies the existence of any class and or similarly situated individuals under Fed. R. Civ. P. 23 and the existence of any class claims.

331. Defendant denies the allegations as untrue.

332. Defendant denies the allegations as untrue.

333.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

334.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

335.   Defendant neither admits nor denies the allegations contained therein, because it lacks sufficient knowledge and/or information sufficient to form a belief as to the truth of these allegations, and thus leave Plaintiffs to their proofs.

336.   Defendant denies that this case is appropriate for certification, denies that common issues of fact and law exist, and denies the existence of a class action. Plaintiff must move for certification of any alleged class.

**COUNT I**
**42 U.S.C. §§ 1983 and 1988**
**Monell Claim - Fifth/Fourteenth Amendments (as to pre-trial detainees),**
**Monell Claim, Denial of Due Process, Deliberate Indifference to Known**
**Serious Medical Needs**

337.   Defendant incorporates by reference the responses above as if fully set forth herein.

338.   Defendant denies the allegations as untrue.

339.   Defendant denies the allegations as untrue.

340.   Defendant denies the allegations as untrue.

341.   Defendant denies the allegations as untrue.

342.   Defendant denies the allegations as untrue.

343.   Defendant denies the allegations as untrue.

344.   Defendant denies the allegations as untrue.

## COUNT II
## 42 U.S.C. §§ 1983 and 1988
## Monell Claim -Eighth Amendment (as to convicted detainees), Cruel and Unusual Punishment, Deliberate Indifference to Known Serious Medical Needs

345.   Defendant incorporates by reference the responses above as if fully set forth herein.

346.   Defendant denies the allegations as untrue.

347.   Defendant denies the allegations as untrue.

348.   Defendant denies the allegations as untrue.

349.   Defendant denies the allegations as untrue.

350.   Defendant denies the allegations as untrue.

351.   Defendant denies the allegations as untrue.

352.   Defendant denies the allegations as untrue.

## COUNT III
## 42 U.S.C. §§ 1983 and 1988
## Substantive Due Process Violation, State Created Danger

353.   Defendant incorporates by reference the responses above as if fully set forth herein.

354.   No response is required as this paragraph states a legal conclusion.

355.   Defendant denies the allegations as untrue.

356.   Defendant denies the allegations as untrue.

357.   Defendant denies the allegations as untrue.

358.   Defendant denies the allegations as untrue.

359.   Defendant denies the allegations as untrue.

360.   Defendant denies the allegations as untrue.

361.   Defendant denies the allegations as untrue.

362.   Defendant denies the allegations as untrue.

363.   Defendant denies the allegations as untrue.

## COUNT IV
## 42 U.S.C. §§ 1983 and 1988
## Fourteenth Amendment, Denial of Procedural Due Process Without Meaningful Opportunity to Challenge Determination or be Heard Regarding Deprivation

364.   Defendant incorporates by reference the responses above as if fully set forth herein.

365.   Defendant denies the allegations as untrue.

366.   No response is required as this paragraph states a legal conclusion.

367.   Defendant denies the allegations as untrue.

368.   Defendant denies the allegations as untrue.

369.   Defendant denies the allegations as untrue.

370.   Defendant denies the allegations as untrue.

371.   Defendant denies the allegations as untrue.

372.   Defendant denies the allegations as untrue.

373.   Defendant denies the allegations as untrue.

374.   Defendant denies the allegations as untrue.

375.   Defendant denies the allegations as untrue.

<u>**COUNT V**</u>
<u>**Common Law Negligence and Gross Negligence**</u>

376.   Defendant incorporates by reference the responses above as if fully set forth

herein.

377.   Defendant denies the allegations as untrue.

378.   Defendant denies the allegations as untrue.

379.   Defendant denies the allegations as untrue.

380.   No response is required as this paragraph states a legal conclusion.

381.   No response is required as this paragraph states a legal conclusion.

382.   No response is required as this paragraph states a legal conclusion.

383.   No response is required as this paragraph states a legal conclusion.

384.   No response is required as this paragraph states a legal conclusion.

385.   No response is required as this paragraph states a legal conclusion.

386.   No response is required as this paragraph states a legal conclusion.

387.   No response is required as this paragraph states a legal conclusion.

388.   No response is required as this paragraph states a legal conclusion.

389.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

390.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

391.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

392.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

393.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

394.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

395.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

396.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

397.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

398.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

399.   Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

400. Defendant denies the allegations as untrue. Further, Plaintiffs failed to follow Michigan procedural pre-suit requirements pursuant to MCL § 600.2912b to assert such claim.

## **<u>RELIEF REQUESTED</u>**

Defendant requests the Court deny all requested relief.

## **<u>JURY DEMAND</u>**

Defendant demands a trial by jury.

Respectfully submitted,

CHAPMAN LAW GROUP

Dated: February 10, 2021

/s/Wedad Suleiman
Ronald W. Chapman Sr., M.P.A.,
LL.M (P37603)
Wedad Suleiman (P81970)
Attorneys for Wellpath, LLC
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
wsuleiman@chapmanlawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, and BRAD
LAFUZE, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

WELLPATH, LLC,

    Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

| | |
|---|---|
| LIDDLE & DUBIN, P.C. | CHAPMAN LAW GROUP |
| Steven D. Liddle (P45110) | Ronald W. Chapman Sr., M.P.A., |
| Matthew Z. Robb (P81665) | LL.M. (P37603) |
| Attorneys for Plaintiffs | Wedad Suleiman (P81970) |
| 975 E. Jefferson Avenue | Attorneys for Wellpath, LLC |
| Detroit, MI 48207 | 1441 W. Long Lake Rd., Suite 310 |
| (313) 392-0025 | Troy, MI 48098 |
| sliddle@ldclassaction.com | (248) 644-6326 |
| mrobb@ldclassaction.com | rchapman@chapmanlawgroup.com |
| | wsuleiman@chapmanlawgroup.com |

## DEFENDANT WELLPATH LLC'S AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint, in whole and/or part, fails to state a claim upon which relief may be granted because Plaintiffs have failed to allege, or, if adequately alleged, cannot prove under the totality of the circumstances, that Defendant had an unconstitutional policy, practice, or custom that is proximately linked to any alleged injuries.

2.  Plaintiffs' Complaint, in whole and/or part, is barred by absolute and/or qualified governmental immunity from tort liability.

3.  Plaintiffs' Complaint is barred by the non-joinder of parties under Fed. R. Civ. P. 19.

4.  Defendant will rely upon all defenses available to it under the Eighth and Fourteenth Amendments to the United States Constitution.

5.  Defendant will rely upon all defenses available to it under 42 U.S.C. § 1983.

6.  Defendant denies they breached any duties and deny it was negligent or violated the constitutional rights of Plaintiffs in any manner. At all times, Defendant was guided by and strictly observed all of the legal duties imposed upon it by the United States Constitution, Federal Statutes, and common law.

7.  Plaintiffs' claims do not rise to the level of constitutional violations cognizable under the Eighth and/or Fourteenth Amendments or under 42 U.S.C. §1983.

8.  Defendant is not liable for exemplary or punitive damages under 42 U.S.C. §1983.

9.  Defendant did not violate any clearly established Constitutional rights of which Defendant was or should have been aware.

10. Plaintiffs' alleged injuries and/or resulting damages, if any, are attributable to entities and/or persons other than Defendant.

11. Plaintiffs' claims are barred, in whole or in part, by the doctrine of comparative negligence. Additionally, Plaintiffs were negligent in not adequately informing medical staff of the alleged injuries.

12. Any alleged damages sustained by Plaintiffs were proximately caused totally, or in part, by their own negligence and/or willful acts, and any recovery by the Plaintiffs must therefore be diminished in whole or in part.

13. At all times pertinent to the instant litigation, Plaintiffs were negligent, which directly or proximately contributed to cause the alleged injuries, if any, and the Plaintiffs' recovery must be reduced in proportion to said negligence.

14. Plaintiffs' claims fail to rise to the level of a constitutional violation.

15. Plaintiffs' claims are barred by the statute of limitations.

16. Plaintiffs' claims are barred by 42 U.S.C. §1997e for failure to exhaust available administrative remedies.

17. Plaintiffs have failed to state allegations against Defendant that constitutes deliberate indifference to a serious medical need, and/or that Plaintiffs' injuries were the result of an unconstitutional policy, practice, or procedure put in place by the Defendant.

18. Defendant is entitled to dismissal because their actions were not wanton and reckless with regard to the rights of Plaintiffs but were, if anything, medical judgment calls.

19. Defendant employs licensed healthcare professionals and, as such, must be sued under the medical malpractice framework established by the legislature which requires, among other things, the filing of a Notice of Intent one hundred eighty-two (182) days prior to filing a Complaint and the attachment of an Affidavit of Merit to the Complaint. *See Bryant v. Oakpointe Villa Nursing Centre,* 471 Mich. 411, 422 (2004); *Scarsella v. Pollak,* 461 Mich. 547, 553 (2000); and MCL § 600.2912b.

20. Defendant specifically reserves the right to add any other Affirmative and/or Special Defenses, as may become known or discovered in the course of subsequent investigation or discovery.

21. Plaintiff fails to adequate allege a class pursuant to Fed. R. Civ. P. 26

Respectfully submitted,

CHAPMAN LAW GROUP

Dated: February 10, 2021

/s/Wedad Suleiman
Ronald W. Chapman Sr., M.P.A., LL.M (P37603)
Wedad Suleiman (P81970)
Attorneys for Wellpath, LLC
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
wsuleiman@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on February 10, 2021 I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved nonparticipants.

/s/ Wedad Suleiman
Wedad Suleiman (P81970)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
wsuleiman@chapmanlawgroup.com
