# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, and BRAD
LAFUZE, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

WELLPATH, LLC,

    Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

| LIDDLE & DUBIN, P.C. | CHAPMAN LAW GROUP |
|---|---|
| Steven D. Liddle (P45110) | Ronald W. Chapman Sr., M.P.A., |
| Matthew Z. Robb (P81665) | LL.M. (P37603) |
| Attorneys for Plaintiffs | Attorney for Wellpath, LLC |
| 975 E. Jefferson Avenue | 1441 W. Long Lake Rd., Suite 310 |
| Detroit, MI 48207 | Troy, MI 48098 |
| (313) 392-0025 | (248) 644-6326 |
| sliddle@ldclassaction.com | rchapman@chapmanlawgroup.com |
| mrobb@ldclassaction.com | |

## ATTORNEY WEDAD SULEIMAN'S NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT WELLPATH, LLC

    NOW COMES Wedad Suleiman, and for her Motion to Withdraw as Counsel for Defendant Wellpath, LLC hereby states as follows:

    1.    Wedad Suleiman previously appeared as counsel for Defendant Wellpath, LLC. (**ECF No. 4**).

2. Wedad Suleiman will no longer be employed by the Chapman Law Group as of January 3, 2022. Defendant Wellpath, LLC will continue to be represented by Ronald W. Chapman Sr. (P37603).

3. Wedad Suleiman's withdrawal from this case will not adversely affect Defendant Wellpath, LLC.

WHEREFORE Wedad Suleiman respectfully asks that this Honorable Court withdraw her as counsel for Defendant Wellpath, LLC in this matter, terminate her from CM/ECF filings in this matter, and grant all other relief that is just and equitable.

                                             Respectfully submitted,
                                             CHAPMAN LAW GROUP

Dated: December 30, 2021          /s/Wedad Suleiman
                                             Wedad Suleiman, LL.M. (P81970)
                                             Attorney for Wellpath LLC
                                             1441 West Long Lake Rd., Suite 310
                                             Troy, MI 48098
                                             (248) 644-6326
                                             wsuleiman@chapmanlawgroup.com

## PROOF OF SERVICE

I hereby certify that on December 30, 2021, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

/s/Wedad Suleiman
Wedad Suleiman, LL.M. (P81970)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
wsuleiman@chapmanlawgroup.com