UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, BRAD LAFUZE,
and MARTELL GRESHAM, on behalf
of themselves and all others similarly
situated,

    Plaintiffs,

v.

WELLPATH LLC,

    Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

| LIDDLE SHEETS COULSON P.C. | CHAPMAN LAW GROUP |
|---|---|
| Steven D. Liddle (P45110) | Ronald W. Chapman Sr., M.P.A., |
| Matthew Z. Robb (P81665) | LL.M. (P37603) |
| Attorneys for Plaintiffs | Devlin Scarber (P64532) |
| 975 E. Jefferson Avenue | Attorneys for Wellpath, LLC |
| Detroit, MI 48207 | 1441 W. Long Lake Rd., Suite 310 |
| (313) 392-0025 | Troy, MI 48098 |
| sliddle@lsccounsel.com | (248) 644-6326 |
| mrobb@lsccounsel.com | rchapman@chapmanlawgroup.com |

## STIPULATED SECOND AMENDED SCHEDULING ORDER

This matter having come before the Court on the stipulation of the parties and the Court being otherwise fully advised on the premises states as follows:

On December 16, 2021, the Court entered a Stipulated Amended Scheduling Order. (ECF No. 40). The Scheduling Order entered by the Court provided for the following deadlines relating primarily to class certification issues:

Class Certification Fact Discovery Cutoff: April 18, 2022

1

Plaintiffs' Expert Report(s) Relating to Class Certification: June 3, 2022

Defendant's Expert Report(s) Relating to Class Certification: July 1, 2022

Expert Report Rebuttals: August 1, 2022

Close of Expert Depositions: August 31, 2022

Plaintiffs' Motion for Class Certification: September 30, 2022

Defendant's Response in Opposition to Class Certification: October 28, 2022

Plaintiffs' Reply: November 11, 2022

At the time of the entry of the Amended Scheduling Order, Plaintiffs had served Defendant with their first requests for production of documents on June 11, 2021. Thereafter, the parties met and conferred on numerous occasions in an effort to limit and streamline the demands of documentary discovery. At that time, Defendant required additional time to produce all of the initial document productions agreed upon by the Parties. In the fall of 2021, Defendant produced voluminous responsive records from the Grand Traverse County Jail. On March 15, 2022, Defendant produced a voluminous document production of records from the Macomb County Jail.

Plaintiffs' Counsel has noticed the deposition of Defendant pursuant to Fed. R. Civ. P. 30(b)(6) and will require additional time to depose other agents of Defendant in order to provide a complete record in support of Plaintiffs' anticipated motion for class certification. In addition, the Parties will need to meet and confer

regarding the topics noticed in the Rule 30(b)(6) deposition notice. The Parties may also require additional time to issue follow up the prior discovery requests and responses to date in order to present a proper record on Plaintiffs' motion for class certification.  Conducting these depositions and resolving any outstanding discovery issues will take time beyond that provided through the current scheduling order.

Accordingly, the Parties agree that additional time will be required for discovery focused upon class certification issues.

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED**, that, for good cause shown, the Scheduling Order previously entered (ECF No. 40) is vacated.

**IT IS FURTHER ORDERED** that the Scheduling Order is hereby amended to provide for the following deadlines, which provide for approximately[1] 120-day extensions from the Court's prior order:

Class Certification Fact Discovery Cutoff: August 26, 2022

Plaintiffs' Expert Report(s) Relating to Class Certification: October 14, 2022

Defendant's Expert Report(s) Relating to Class Certification: November 11, 2022

Expert Report Rebuttals (if any): December 16, 2022

---

[1] Certain deadlines were pushed back or forward to the nearest Friday to practically avoid deadlines falling on a weekend or holiday.

Close of Expert Depositions: January 6, 2023

Plaintiffs' Motion for Class Certification: January 20, 2023

Defendant's Response in Opposition to Class Certification: February 24, 2023

Plaintiffs' Reply: March 10, 2023

**IT IS SO ORDERED.**

Date:  April 20, 2022                                S/ PATRICIA T. MORRIS
                                                                                             Patricia T. Morris
                                                                                            United States Magistrate Judge