UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHERYL HALL, BRAD LAFUZE,
and MARTELL GRESHAM, on behalf
of themselves and all others similarly
situated,

    Plaintiffs,

v.

WELLPATH LLC,

    Defendant.

Case No. 20-cv-10670
Hon. George C. Steeh
Mag. Judge Patricia T. Morris

| LIDDLE SHEETS COULSON P.C. | CHAPMAN LAW GROUP |
|---|---|
| Steven D. Liddle (P45110) | Ronald W. Chapman Sr., M.P.A., |
| Matthew Z. Robb (P81665) | LL.M. (P37603) |
| Attorneys for Plaintiffs | Devlin Scarber (P64532) |
| 975 E. Jefferson Avenue | Jeffrey Bomber (P85407) |
| Detroit, MI 48207 | Attorneys for Wellpath, LLC |
| (313) 392-0025 | 1441 W. Long Lake Rd., Suite 310 |
| sliddle@lsccounsel.com | Troy, MI 48098 |
| mrobb@lsccounsel.com | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |

## **STIPULATED THIRD AMENDED SCHEDULING ORDER**

This matter having come before the Court on the stipulation of the parties and the Court being otherwise fully advised on the premises states as follows:

On April 20, 2022, the Court entered a Stipulated Amended Scheduling Order. (ECF No. 42). The Scheduling Order entered by the Court provided for the following deadlines relating primarily to class certification issues:

1

Class Certification Fact Discovery Cutoff: August 26, 2022

Plaintiffs' Expert Report(s) Relating to Class Certification: October 14, 2022

Defendant's Expert Report(s) Relating to Class Certification: November 11, 2022

Expert Report Rebuttals: December 16, 2022

Close of Expert Depositions: January 6, 2022

Plaintiffs' Motion for Class Certification: January 20, 2023

Defendant's Response in Opposition to Class Certification: February 24, 2023

Plaintiffs' Reply: March 10, 2023

In accordance with the operative scheduling order (ECF No. 42), class certification-related discovery has been completed. On September 28, 2022, in advance of expert disclosures, Plaintiffs submitted a settlement demand letter to Defendant to explore the potential for resolution in advance of expert disclosures and class certification motion practice. The Parties have not yet had an opportunity to discuss whether an early resolution may be possible. Additionally, Plaintiffs' lead counsel is expecting the birth of a child on October 12, 2022. To accommodate the personal circumstances, and the potential for settlement discussions in advance of expert disclosures, the Parties request a brief 30-day adjournment of the scheduling order.

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED**, that, for good cause shown, the Scheduling Order previously entered (ECF No. 42) is vacated.

**IT IS FURTHER ORDERED** that the Scheduling Order is hereby amended to provide for the following deadlines, which provide for 28-day extensions from the Court's prior order:

Plaintiffs' Expert Report(s) Relating to Class Certification: November 11, 2022

Defendant's Expert Report(s) Relating to Class Certification: December 9, 2022

Expert Report Rebuttals (if any): January 13, 2023

Close of Expert Depositions: February 3, 2023

Plaintiffs' Motion for Class Certification: February 17, 2023

Defendant's Response in Opposition to Class Certification: March 24, 2023

Plaintiffs' Reply: April 7, 2023

**IT IS SO ORDERED.**

Date: October 12, 2022                     S/ PATRICIA T. MORRIS
                                           Patricia T. Morris
                                           United States Magistrate Judge